IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSAMUND A. WOLFGRAMM,<br>            Plaintiff,<br>v.<br>COMMUNICATION WORKERS OF AMERICA LOCAL 13301, et al.,<br>            Defendants. | CIVIL ACTION NO. 19-3701 |

## ORDER

**AND NOW,** this 10th day of March 2021, upon consideration of the pending motions and the responses thereto, it is hereby **ORDERED** that:

1. The Motions to Dismiss of Defendants AA [Doc. No. 56] and WorkforceQA's [Doc. No. 60] are **GRANTED** in part and **DISMISSED** without prejudice in part. Counts II, III, IV, and V of the consolidated complaint as related to Title VII and the ADA are **DISMISSED with prejudice** as untimely.

2. Defendant CWA's Motion to Dismiss [Doc. No. 61] is **DISMISSED** without prejudice.

3. Plaintiff's request for leave to amend is **GRANTED**. Plaintiff shall file an amended consolidated complaint in accordance with this order on or before **April 1, 2021**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**