## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSAMUND A. WOLFGRAMM,**<br>  **Plaintiff,**<br>  **v.**<br>**COMMUNICATIONS WORKERS OF AMERICA LOCAL 13301,**<br>  **Defendants.** | **CIVIL ACTION NO. 19-3701** |

### ORDER

**AND NOW,** this 30th day of March 2022, upon consideration of the motions to dismiss filed by Defendant Workforce QA [Doc. No. 80], Defendants Communications Workers of America District 2-13 and Communications Workers of America Local 13301 [Doc. No. 81], Defendant American Airlines [Doc. No. 82], and the parties' related briefings, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant American Airlines' Motion to Dismiss [Doc. No. 82] is **DENIED**.

2. Defendant Workforce QA's Motion to Dismiss [Doc. No. 80] is **GRANTED**. All claims against Workforce QA are **DISMISSED WITH PREJUDICE**.

3. The joint Motion to Dismiss of Defendant Communication Workers of America Local 13301 and Defendant Communication Workers of America District 2-13 [Doc. No. 81] is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Count One of the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

      b. The remainder of the joint motion is **DENIED**.

It is so **ORDERED.**

                                    **BY THE COURT:**

                                    S/CYNTHIA M. RUFE, J.

                                  **CYNTHIA M. RUFE, J.**