IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSAMUND WOLFGRAMM,<br>**Plaintiff,**<br>v.<br>COMMUNICATIONS WORKERS OF AMERICA LOCAL 13301, *et al.*<br>**Defendants.** | CIVIL ACTION NO. 19-3701 |

## ORDER

**AND NOW,** this 17th day of April 2023, upon consideration of the parties' Joint Status Report and Motion for Entry of an Amended Scheduling Order [Doc. No. 115], it is hereby **ORDERED** as follows:

1. The Clerk of Court is directed to **REMOVE** the case from Civil Suspense and return it to the active docket.

2. The Motion for Entry of an Amended Scheduling Order [Doc. No. 115] is **GRANTED**. The following deadlines shall govern further proceedings in this case:

    a. Fact discovery shall be completed on or before **August 18, 2023**.

    b. Plaintiff's expert reports, if any, shall be served on Defendant on or before **September 7, 2023.**

    c. Defendants' expert reports, if any, shall be completed and served on Plaintiff on or before **October 5, 2023**.

    d. All dispositive motions shall be filed on or before **November 6, 2023**. The parties are directed to follow Judge Rufe's Policies and Procedures for Summary Judgment.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**