IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSAMUND A. WOLFGRAMM<br>Plaintiff,<br>v.<br>COMMUNICATIONS WORKERS OF AMERICA LOCAL 13301, *et al.*<br>Defendants. | CIVIL ACTION NO. 19-3701 |

# ORDER

**AND NOW,** this 18th day of September 2024, upon consideration of the pending motions and responses, it is hereby **ORDERED** that:

1. Nonparty Cheryl L. Cooper's Motion to Quash [Doc. No. 121] and the opposition thereto, is **DISMISSED as moot.**[1]

2. Defendant American Airline's Motion for Summary Judgment [Doc. No. 125] is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.

3. Defendant Communications Workers of America Local 13301 and Defendant Communications Workers of America District 2-13's Motion for Summary Judgment [Doc. No. 127] is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.

4. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] Because Defendant Communications Workers of America Local 13301 and Defendant Communications Workers of America District 2-13's Motion for Summary Judgment is being granted, Defendants' subpoena for deposition testimony of Cheryl L. Cooper is no longer needed in this case.